UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION NO. 10-10182-GAO

UNITED STATES OF AMERICA

v.

NICHOLAS OCCHIUTO,
Defendant.

ORDER
March 16, 2012

O'TOOLE, D.J.

The government reports, and the defendant's standby counsel confirms, that the government has provided to the defendant discovery including images and recordings. Supplemental discovery to the defendant of <u>Brady</u>, <u>Giglio</u>, and 404(b) evidence will be made available not later than twenty-one days before trial in accordance with Local Rules 116.2 and 117.1. Accordingly, the motions (dkt. no. 62 & 63) are DENIED WITHOUT PREJUDICE.

The following motion is GRANTED: dkt. no. 93. The following motions are DENIED: dkt. nos. 77, 84, 86, 87, 88, 89, 94, 95, 98 & 101. The following motions are DENIED WITHOUT PREJUDICE: dkt. nos. 81 & 82. The following motion is MOOT: dkt. no. 76.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge